E-FILED
SCANNED AT PONTIAC CC and E-mailed
4-2 Clark, by S. District Court
date          initials      No.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

#I.D.
N-03505

Mr. ERICK D. TATE
_____          )
          Plaintiff                 )
                                    )
          vs.                       ) Case No. _____
                                    )
Mrs. SUSAN K. PRENTICE              )
Dr. ANDREW TILDEN                   )
NURSE MICHELLE                      )
NURSE BECKY                         )
NURSE SABRINA    Defendant(s) et al.,)
NURSE JODIE                         )

## COMPLAINT

☒42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐Other

_____

_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Mr. ERICK D. TATE ^I.D.#N-03505, and states as follows:

My current address is: P.O. Box 99 / 700 W. LINCOLN STREET
PONTIAC, ILLINOIS 61764

The defendant MAJOR SUSAN PRENTICE, is employed as MAJOR SUSAN PRENTICE 7 shift
PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN STREET

The defendant NURSE MICHELLE, is employed as REGISTER NURSE 3/11 shift AT
PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN STREET

The defendant NURSE SABRINA , is employed as REGISTER NURSE 3/11 shift at PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN STREET

The defendant NURSE BECKY , is employed as REGISTER NURSE 3/11 shift at PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN STREET

The defendant DR. ANDREW TILDEN , is employed as MEDICAL DIRECTOR AND DOCTOR AT PONTIAC CORRECTIONAL CENTER at 700 W. LINCOLN STREET

(revised 9/96)

Additional defendants and addresses NURSE JODIE 3/11 shift PONTIAC C.C. 700 W. LINCOLN STREET

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same
facts involved in this case?        Yes        No

If yes, please describe

THESE MATTERS HAVE BEEN A SYSTEMATIC PATTERN of DELIBERATE INDIFFERENCE BY MEDICAL STAFF UNDER WEXFORD HEALTH SOURCE, AND NOT RECEIVING STANDARD MEDICAL CARE IN ANY ILLINOIS DEPT. OF CORRECTIONAL PRISON...

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes        No

C. If your answer to B is yes, how many?  1  Describe the lawsuit in the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

1. Parties to previous lawsuit:   I.D. #N-03505
   Plaintiff(s)  MR. ERICK D. TATE
   Defendant(s)  DIRECTORS. GODINEZ, WARDEN DONALD GAETZ, WARDEN
   THOMAS SPILLER, MRS. CHRISTINE BROWN - HEALTH CARE ADMINISTRATOR

2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

CASE NUMBER 13-CV-1001-MJR-PMF JUDGE MICHAEL J. REAGAN/Chief Judge

4. Basic claim made

DELIBERATE INDIFFERENCE, RECKLESS DISREGARD, CRUEL+UNUSAL Punishment

5. Disposition (That is, how did the case end. Was the case dismissed?) Was it YES appealed? Is it NO still pending?)

YES, this Case was dismissed ... JULY 14 2016

6. Approximate date of filing of

lawsuit SEPT. 2013

7. Approximate date of disposition

JULY 14, 2016

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒

No ☐  If your answer is no, explain why not

C. Is the grievance process completed?   Yes ☐  No ☒ not yet ...

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

This PONTIAC CORRECTIONAL CENTER GRIEVANCE OFFICER IN CHARGE, Will hold your INSTITUTIONAL GRIEVANCE PAST TIMEFRAME trying to RETALIATE, PLEASE ALLOW ME Time to get my DUE PROCESS GRIEVANCE REPORTS ... I NOTIFIED my INSTITUTIONAL COUNSELOR DONNA T. JONES, About my due GRIEVANCE REPORTS from

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS
OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE
ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS
RELATING TO YOUR GRIEVANCE.

① MEDICAL CURRENT REPORTS of DATES, of NURSES
REFusing to dispense Medical Supplies, Pg. 1,2,3,4; Exhibit A,B,C,D back front
page.

② GRIEVANCE REPORTS, Exhausted by INSTITUTION, AND SPringfield
Administrative STAFF Appeal etc; Waiting Reply....

## State of Illinois - Department of Corrections

### Counseling Summary

Exhibit - A

| | |
|---|---|
| **IDOC #** N03505 | **Counseling Date** 01/04/17 13:43:48:860 |
| **Offender Name** TATE, ERIC | **Type** Collateral |
| **Current Admit Date** 12/17/2004 | **Method** Other |
| **MSR Date** 06/12/2018 | **Location** PON NORTH SEGREGATION |
| **HSE/GAL/CELL** N -05-16 | **Staff** JONES, DONNA J., Correctional Counselor II |

Offender has two (2) medical issues pending at the Grievance Office (1) Medical co-pay / A & D Ointment and (1) Catheter Supplies.

STATUS REPORT

PONTIAC CORRECTIONAL CENTER GRIEVANCE OFFICER is prolonging my DUE-PROCESS PROCEDURE - Mrs. Simpson ... I informed Counselor D. Jones of North Cell house Unit, today that I need the Results of my Grievance Reports within the Institution, A.S.A.P. They ARE Working Together to Sabotage my Grievance Time Frame Policy... These Grievance Reports were Filed 2-Two/3-Three Months ago in October 2016 ...

# State of Illinois - Department of Corrections

## Counseling Summary

 Exhibit - B

| | | | |
|---|---|---|---|
| IDOC # | N03505 | Counseling Date | 01/11/17 11:24:13:107 |
| Offender Name | TATE, ERIC | Type | Collateral |
| Current Admit Date | 12/17/2004 | Method | Other |
| MSR Date | 06/12/2018 | Location | PON NORTH SEGREGATION |
| HSE/GAL/CELL | N -05-16 | Staff | JONES, DONNA J., Correctional Counselor II |

Offender should send the his grievance to the Grievance Office and the property form to Property. As for offender's pending grievances, the Grievance Office is behind and the Grievance Officer can't return the grievances any faster by request.

Bruce Rauner
Governor



John Baldwin
Acting Director

E 1/13

Exhibit - C

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# M E M O R A N D U M

Ask About this
GRIEVANCE REPORT

DATE: 1-17-17

TO:      Name: _TATG_   IDOC #: _03505_

FROM:   Grievance Officer S. Simpson
        Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 1/10/17 Topic: Medical Issue: Catheter supplies

---

The attached is being returned for the reason(s) listed below:

_____  Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first
          attempt to resolve incidents, problems or complaints, other than complaints concerning
          disciplinary proceedings, through his counselor".

_____  Use proper Committed Person's Grievance (DOC 0046).

_____  Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____  Forward grievance directly to the Administrative Review Board (protective custody, enforced
          medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's
          Office, decisions rendered by the Director).

_____  Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
          addressed further.  Discovery date of incident, occurrence, or problem: _____.

_____  Unable to determine nature of grievance/correspondence.  Submit additional specific
          information.

_____  Illegible copy submitted – submit legible copy for consideration.

_____  Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
          Committee.  If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

_Received_

X   Issue has been previously addressed on /6/25/16 . No justification for further consideration.

_____   Contact the Record Office with your request and/or additional information (sentence _Pending HCUA Response_) calculations, jail credits, etc.).

_____   Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____   The Chief Administrative Officer has determined your grievance issue a non-emergency. If you reject this decision, forward your grievance directly to Grievance Office.

X   Other:
Medical issues are responded to by the Health Care Unit Administrator. Grievance you indicate you issue "Catheter Supplies" was forwarded to HCUA for review and response.

This CAO. - WARDEN Michael Melvin refused to allow this Inmate any assistance, their is a Illinois Standard Time Frame for Grievance - Doc 004 Procedures & Protocol, which he overlooked, that's a violation under color of State Law... The Grievance Procedure is being denied by All I.D.O.C. staff...   Mr. E. Tate #N-03505

Emil Tate

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
| --- |

Date Received: <u>October 15, 2016</u>　　　Date of Review: <u>January 27, 2017</u>　　　Grievance # (optional): <u>065340</u>

Offender: <u>Tate, Eric</u>　　　　　　　　　　　　　　　　　　　　ID#: <u>N03505</u>

Nature of Grievance:  Medical Treatment (Combined Grievances dated 10/03/16 and 10/07/16)

Facts Reviewed:  Offender grieves medical treatment by facility HCU.

The HCU Administrator's response, dated 1/19/17, the grievances dated 10/03/16 and 10/07/16 were read and the applicable medical record was reviewed.

I am responding to your grievances as indicated above;

9/29/16 HCU received request for medical services.

10/01/16 seen in nurse sick call requesting A & D Ointment. Nurse reviewed chart and stated that the patient had a valid prescription and refill should be delivered during this month.  Patient became agitated and refused to sign P-96 and was escorted out by security.

10/14/16 A & D Ointment was delivered to the patient.

11/12/16 HCU received request for medical services.

11/15/16 seen at nurse sick call requesting A & D Ointment.  Nurse collected P-96 for patient to be seen by provider.

11/17/16 seen by MD and A & D was reordered for 6 months.

Medical concerns are to be directed to the cell house CMT who will evaluate the offender or refer if appropriate.  Alternatively, the offender may send a yellow "Medical Request" slip to the Health Care Unit Administration requesting medical services.

Recommendation:  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT at this juncture based on the response of facility HCU Administrator to the issues.  Any other judgement upon the issue that when returned for cause would have no practical effect upon the existing controversy.

S. Simpson

Print Grievance Officer's Name　　　　　　　　　　　Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 2-1-17　　　☒ I concur　　☐ I do not concur　　☐ Remand

Comments:

Chief Administrative Officer's Signature　　　　　　　　2-1-17
　　　　　　　　　　　　　　　　　　　　　　　Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

North-Cell 516　#N-03505

Offender's Signature　　　　　　　　　　ID#　　　　　　　Date

(P.s.) COUNSELOR please FILE my GRIEVANE AND RESPOND AND RETURN to me Soon

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

065 340

| Date: OCtober 3, 2016 | Offender: (Please Print) Mr. Erick D. TATE | ID#: N-03505 |
|---|---|---|

| Present Facility: PONTIAC CORRECTIONAL CENTER | Facility where grievance issue occurred: PONTIAC CORRECTIONAL CENTER |
|---|---|

**NATURE OF GRIEVANCE:**

065340

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON OCTOBER 1, 2016 IN PONTIAC CORRECTIONAL CENTER NURSE T. of WEXFORD HEALTH SOURCES INC. REFUSED to ALLOW this inmate- E. TATE I.D.# N-03505 to SEE A DOCTOR FOR his CHRONIC ILLNESS of NEUROGENIC BLADDER disorder for Self-Catheterization: To have my PRESCRIPTION-ORDER RENEWED for VITAMIN A+D Ointment for ABRASIONS SORES on my PHALLUS which ARE WARTS which I HEEL, AND I HAVE BEEN FILING SEVERAL MEDICAL REQUEST SLIPS to get a DOCTOR to RENEW my PRESCRIPTION, AND NURSE T. is REFUSING my MEDICAL REQUEST to FOLLOW-UP with A DOCTOR, THEREFORE, she's INTERFERING with my CHRONIC-ILLNESS with DELIBERATE-Indifference.

Relief Requested: I WANT to SEE A DOCTOR AND to HAVE my VITAMIN A+D OINTMENT RENEWED PRESCRIPTION FOR SIX-MONTHS, AND FOR this NURSE-T too be TRANSFERED out this INSTITUTION-Chronic-ILLNESS dont pay MONEY Vouchers

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Erick Tate WEST-CELL 203   ID#: N-03505   Date: 10, 3, 2016   OCt 3rd 2016

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 10, 4, 16 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: This is a medical issue and it needs to be forwarded directly to the grievance office.

Print Counselor's Name: Simmons   Counselor's Signature: Simmons   Date of Response: 10.4.16

---

**EMERGENCY REVIEW**

| Date Received: OCT 1 7 2016 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature: _____   Date: ___/___/___

065340

And I do plan to file litigations for her UnProfessional + Actions, therefore I am asking that the Counseloring staff and Grievance officer staff obey/be Illinois Code of Standard's + D.R.R. 504. 80·82 for honoring the TimeFrame of All Institutional Grievances: in other words, Do not hold my Grievance and interfer with the D.R 504 Time Frame which this Institution is Allowing by staff Members. It has been 30 days since my Last Tube of Vitamin A + D Ointment for my Heel Wart's on my phalus from self-Catheterization Medical Treatment. Please Renew my Prescription A.s A.P. Thank you. Check Medical-Record and see how many Medical Request Slip's I've turned into Med. Tech on 3/11 shift... With My Chronic Illness I have never Signed A/Co-Pay unless it was outside my Urgent Chronical illness of self-Catheterization for A Prescription renewed by doctor, medicine that if you check my Medical Record File I've been relieving for Year's in other Institutions. This is not an option, if nobody re-order's or renew's my Prescription then your Department is Showing (Recklegs-disregard) and Deliberate Indifference, it's A violation of My Due Process Clause Procedure, and this Institution is in Violation of The Eighth Amendment... An it's Cruel and Unusual Punishment and Pain and Suffering, because these two (or) Health Nurse's are not Acknowledging me my Catheterization Medical Treatment Supplies on 3/11 shift, Name Benky, Nurse Michelle, Nurse Catrina, and Nurse Jodie, and Mator Susan Prentice of Northpell house Unit.

W₿ ²⁰ * 1 X copy of GRIEVANCE
ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** PLEASE RETURN COUNSELOR.

| Date: October 7th, 2016 | Offender: (Please Print) MR. FRICK - TATE | | IDOC#: N-03505 |
|---|---|---|---|
| Present Facility: PONTIAC CORRECTIONAL CENTER | | Facility where grievance issue occurred: PONTIAC CORRECTIONAL CENTER | |

6 6 5 3 4 9

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
   Date of Report          Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On October 7, 2016 I RECEIVED A P96 RECEIPT FOR Co-PAY, Sick call, in which NURSE T. FORGED my SIGNATURE ON A Co-PAY P96, When I totally REFUSED SICK-CALL because this NURSE T. INFORMED me that I had to SEE the DOCTOR, In order for him to RENEW my PRESCRIPTION for a CHRONIC ILLNESS MEDICINE, In which I'm RECEIVING currently, if you CHECK my MEDICAL RECORD FILES. I informed her that I wouldn't SIGN A Co-PAY P96-FORM, AND THAT WAS END OF SUBJECT... She FORGED A P96-FORM in my NAME not WRITTEN OR SIGNED by me, THEREFORE I WANT TRUST FUND OFFICE to REFUND my FUNDS →

Relief Requested: REFUND ME FOR my Co-PAY FIVE $5.00 dollars AND I WANT this NURSE T. REMOVED from being on SICK-CALL DUTY, She's A THIEF, not to be TRUSTED... I'm AN INDIGENT INMATE, I NEED my FUNDS...

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature]  WEST-CELL-203      # N-03505    10, 7, 2016
Offender's Signature                     ID#           Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10/19/16      ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This is beyond my jurisdiction and should be forwarded to the grievance office.

S. Brockman      [signature]      10/19/16
Print Counselor's Name      Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: OCT 15 2016  ___/___/___   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ___/___/___
Chief Administrative Officer's Signature      Date

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)

0 &5 &4 &

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

And I want this very UnProfessional Nurse Charged with theft by twi) Person by STATE Police Office plus (Reckless disReGARD) And I'm asking for my funds to be refunded now... This is my 1# SECOND institutional Grievance Report on bad Nurses at Pontiac Correctional Center for Deliberate Indifference behavior. I Plan to use All Due ProPers Clause Rights Thank you! Also these Nurses - Nurse Becky, Nurse Michelle Nurse Sabrina, Nurse Josie And Dr. Andrew Tilden ARE ALL Refusing to dispense my Self-Catheter Medical TReatment Supplies on 3/1 shift therefore I'm suffering from Pain from Retaining Urine in my bladder, And I have a Neuropenic bladder disorder...

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

Exhibit-D

| Date: JANUARY 10, 2017 | Offender: (Please Print) MR. ERIK D. TATE | ID#: N-03505 |
|---|---|---|

| Present Facility: PONTIAC CORRECTIONAL CENTER | Facility where grievance - issue occurred: PONTIAC CORRECTIONAL CENTER |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [x] Medical Treatment

- [x] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify)

- [ ] Disciplinary Report: _____ / _____ / _____
    Date of Report                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

C.A.O. This is a SERIOUS CHRONIC MEDICAL ISSUE which I've
BEEN FILING SEVERAL INSTITUTIONAL GRIEVANCES REPORTS ON, ALL WRITING TRYING
TO SPEAK WITH HEALTH CARE UNITS DIRECTOR of NURSING, BECAUSE I AM A
NEUROGENIC bladder disorder PATIENT, I self-CATHETERIZE MYSELF 4x6 time
A day, INORDER TO RELEASE RETAINING URINE, it's THE ONLY WAY I CAN
RELEASE MY URINE FROM MY bladder. THE NEXT FOR HEALTH CARE NURSES:
NURSE BECKY, NURSE MICHELLE, NURSE JODIE, NURSE SABRINA, NURSE TAY, will NOT,
and ARE REFUSING to dispense MEDICAL TREATMENT SUPPLIES FOR WHATEVER
REASON, I HAVE BEEN IN PAIN AND SUFFERING BECAUSE NOBODY is dispensing.

Relief Requested: I'm asking that ALL THESE NURSES BE REPRIMANDED by AUTHORITIES AND
GIVEN TIME OFF, plus moved FROM AROUND ME, it's A CONFLICT of INTEREST, AND I WANT
ALL MY PRESCRIBED MEDICAL SUPPLIES EVERY EVENING FILLED. I, LOW-GALLERY CELL ORDER

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature    North-CELL 516    #N-03505    1 / 10 / 2017
(Continue on reverse side if necessary)                    ID#        Date

---

**Counselor's Response (if applicable)**

| Date Received: 1 / 18 / 17 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: This grievance concerns a medical issue and
should be sent to the Grievance Office.

O. Jones                          D/m                    1 / 18 / 17
Print Counselor's Name            Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

| Date Received: 1 / 11 / 17 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Michael P Melvin Warden            13 / 17
Chief Administrative Officer's Signature    Date

(Exhibit "EVIDENSE")

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

ME CATHETER'S to RELEASE URINE from my bladder, I am (RE-USING)
Old-CATHETER'S, which are dirty, and UNSTERILE in order to RELEASE my
URINE And not be in Pain And suffering. I have followed ALL THE RULES in
your Institution. I have 2 GRIEVANCES which have been filed since SEPT-16
conCERNING these issues of Medical EMERGENCY, And your GRIEVANCE
officer I feel is substaining my DUE PROCESS Proceedure Rights, And I'm
Litigating the matter, because it doesn't take 60-DAYS or 90-DAYS when
there's Risk of health in the issue, I've written your Health CARE-Unit
Doctor Andrew Tilden And informed him of these Nurses Unprofessional
Lazy behavior, plus I've informed my cellhouse that North Mentor-SUSAN
Prentice at these Medical issues, And I'm not releving any) Assistanle or
Receving my Prescribied Medical TREATMENT supplys every day on 3/11 shift by
Nurses who dispense ALL MEDICATION, Sir (Mr. Michdae Melvin) If at ALL
possible I'd like to speak with your self not P.A.W. KENNEY, I've spoken with
her, she's not reliable to my eye's, I am in Pain and suffering, I need
my Cathetor supply's on 3/11 shift every day, not when someone else feel's
like I can RELEASE my bladder from Retaining urine, that's Painful sir...
Plus I want to speak with the Health Care Unit Director of Nursing, And
Nurse LAURA Williams concerning who Will be dispensing my Medical
TREATMENT supply's, thank you, thats ALL I'm asking sir, how Long will this
take sir, before I get my TREATMENT supply's, I am over 50-year's old,
I need my Cathetor's everyday... I feel these Nurses will Retaliate in
some way, so I fear for my well-being And safety, but my health is at
Risk And I must write GRIEVANCES, it's the Rules... I can catch a Urinary
Trek Infection if I keep suffering in Pain, And RE-USING UNSTERILE old/
dirty Cathetors, is it possible to get some results soon, And not weeks
from now, I am Important to my Family... I've went through your Chain of
Command it's not Working Sir, it's being Sabotaged by Team Player's As
you know... No reply.

Exhibit A
(1)

(Medical Current Report Status)

October 26, 2016 Wednesday /3 shift  North Cell house Unit

Pontiac Seg. C.C.

(Evidence Exhibits) back and front page.

October 28, 2016 Friday Evening 3/11 shift

Pontiac Seg. C.C.    On this evening at 7:00 o'clock P.M. in North cell house (Nurse Cindy

North cell house Unit

Refused to Administer me my Medical supplies, therefore I am

Re-using Old Catheter's and retaining urine, because ALL Nurses

and Med.-Tech. are Scared and Refusing to Allow you to speak

with them or pick-up (Medical Request Slip)...

October 30, 2016 Sunday Evening 3/11 shift

Pontiac Seg, Correctional Center    On this Above date I am suppose too be

North Cell house Unit  Cell-115  given a NEW-Catheter Red Latex Rubber, K-y Jelly,

Betadine Swab Stick And Blue Chux in Order too

RE-using Old    Self Catheterize myself 4x6 times a day, I'm

Catheter, chance of

infection...

suppose too Receive them Every Evening 3/11 shift

but the Wexford Health Sources' Staff are So Lazy,,

And unprofessional, they will NOT dispense them

As (Prescription-Ordered) by doctor in Pontiac

Correctional Center... Nurse Jessica 7/3 Nurse Michelle

3/11 Nurse Cindy 3/11

October 31, 2016 Monday 3/11 shift Lieutenant Shelton    I informed this Y.O.D. Smith that her

Pontiac Correctional Center    Y.o.D. Smith Gallery Y/o or the 3/11 shift Nurse are to dispense

North cell house Unit    me my Medical supplies, he walked away from my cell...

Y.O.D. Smith Returned on gallery, And informed me to speak with Nurse while passing out

medicine, About my Medical supplies... Nurse would not speak to me she refused to

pick-up my (Medical Request Slip from my cell door. I Re-used Old-Catheter. chance of

Infection... No Nurse ever checks my Medical Records to view my charts from

Doctor.

November 1 2016 PONTIAC SEG. C.C

TUESDAY 7/3 shift    I informed MAJOR SUSAN PRENTICE that 3/11 shift ARE - NOT giving
10:00 A.M.  CO-LEE
ne my SELF-CATHETER Medical Supplies, CORRECTIONAL STAFF, AND NURSE BECKY, who is
AWARE of my Medical (NEUROGENIC Bladder dis(ORDER), ANDis AWARE that I NEED
A (RED LATEX Rubber CATHETER) IN ORDER to RELEASE my URINE EVERYDAY. The STAFF
ARE RETALIATING, which is (ADVERSE - ACTIONS) because I'm filing INSTITUTIONAL
GRIEVANCE REPORTS, which is my (DUE-PROCESS PROCEDURE Right) UNDER the
Constitution. This is DELIBERATE INDIFFERENCE ACTIONS, AND ALL CORRECTIONAL AND
MEDICAL STAFF ARE LIABLE for (RECKLESS DISREGARD), under the 8th Eighth AMENDMENT
of the Constitution.

November 2 2016 WEDAY 3/11 shift 4:00 P.M. C/O D. smith is Working #1-ONE GALLERY ; RE-USING
PONTIAC SEG, C.C
            Old-CATHETER, chance of Infection... NURSE MEGAN dispensed my NEW
Medical Supplies 11/2/2016, AND EVERYthing is OKAY tonight.


                         EVIDENCE EXHIBITS
NOVEMBER 3, 2016 THURS. 7/3 3/shift  NURSE MEGAN dispensed my NEW CATHETER
         PONTIAC C.C.
supply's As ORDER EVERYday by doctor, AND I'm okay.


NOVEMBER 4 2016 FRIDAY EVENING 3/11 shift  NURSE Michelle made MEDICATION Rounds
         PONTIAC CORRECTIONAL CENTER
AT 8:00 P.M., she REFUSED to stop AT my North CELL-115 to dispense my Medical
Supplies, which I get EVERY EVENING, EVERYday, this is ABUSE AND RECKLESS
disregard AND DELIBERATE INDIFFERENCE.

NOVEMBER 5, 2016 SATURDAY, EVENING - 3/11 shift NURSE Michelle is REFUSING to dispense my
         PONTIAC, C.C.
Medical supply's for SELF-CATHETERIZATION, this is her SECOND-TIME doing this
UNPROFESSIONAL ROUTINE behavior, I ASKED her About my supplies SHE WALKED
off from my CELL with CORRECTIONAL OFFICER ...

November 6th 2016 SUNDAY, EVENING 3/11 SHIFT, NURSE Michelle, AgAiN REFUSE to dispense my (2.)

PONTIAC CORRECTIONAL CENTER

SELF-CATHETERIZATION Medical Supply's, THEREFORE she is LiAble FOR my heAlth, And it's CRUEL AND UNUSUAL PUNISHMENT AND (RECKLESS disREGARD) ON HER behAlf, I Am suffering iN PAiN RETAiNiNG URiNE, And RE-USiNG Old CATHETERS FROM Nov. 3rd 2016 of this WEEK.

## EVidENCE EXHibits - B

November 7th 2016 MondAy, EVENiNG, This hAS bEEN (A SYSTEMATic PATTERN) thAt WEXford

PONTIAC CORRECTIONAL CENTER 3/11 SHIFT

HEAlth Sources (MEdicAl StAff) ARE VERY, UNPROFESSiONAL At tAlking with INMATE-PATiENT's, following-ORdER's by ANYONE; FOR A WEEK NOW SEVERAL NURSiNG STAFF ARE REFUSiNG to dispense MEdicAl supplies, thAt if I do'nt RECEiVE, could RESULT iN A hEALth-Risk FOR the INMATE-PATiENT, And thEY do NOT cARE About humAN LiFE... My Medical Condition is'nt A If thiNG, I RETAiN URiNE iN my blAdder UNTiL it's RELEASEd by SELF-CATHETERIZATION PROcEdURE, I'm SUFFERING iN PAiN FROM RETAiNiNG URiNE...

## EVidENCE ExHibits

November 8, 2016 TUESdAY EVENiNG, 3/11 SHiFT 6:45 P.M. (NURSE Michelle) REFUSE to dispense my SELF-CATHETERIZATION Medical Supply's, therefore I had to (RE-USE) Old-CATHETER's FROM (6) dAys bEFORE... I hAVE FiLEd (GRiEVANCE REPORTS), ANd NOW SHE is tRYiNG to RETALiATE, FOR ME following INSTITUTiONAL DUE-PROCESS PROCEdURE, which is pART of thE I.D.O.C. PROtocol FOR ALL INMATES. SHE hAS A SYSTEMATic PATTERN- of RETALiATiON goiNG, THEREFORE it's CRUEL ANd UNUSUAL PUNISHMENT, ANd RECKLESS disREGARd.

November 9, 2016 WEdNESdA EVENiNG 3/11 SHiFT (NURSE BEUG) REFUSE to dispense my

PONTIAC CORRECTION CENTER 7:55 P.M.

SELF-CATHETERIZATION MEdicAl Supplies, so I'm RE-USiNG Old CATHETERS, THEREFORE I'm tAkiNG A CHANCE of INFECTION...

November 12th, 2016 7:30 P.M. 3/11 shift (Nurse Michelle) refused to dispense my self-catheterization Medical supplies when she's in North Cellhouse Unit in PONTIAC CORRECTIONAL CENTER, which is (A systematic pattern) of her very unprofessional behavior at being able to follow orders by Health Care Unit Nursing Director's etc., she needs to be replaced, with Nurse Megan who's very Professional in her Job .. (Nurse Michelle) knows About my Medical condition, And I've suffered many evening 3/11 shift's holding Urine in my bladder because, (Nurse Michelle) does't care About the decency of Another human-beings Life... Or my Pain and suffering do too, cruel and unusual Punishment, And Deliberate Indifference, she's Liable for my suffering ...

November 15,2016 7:30 P.M 3/11 shift (Nurse Michelle) refused to dispense my self-catheterization Medical supplies Again, which is (Prescription-Ordered) by A doctor. So I'm refusing old-catheter's, that were dispensed Weeks Ago, but it's that, or I Suffer in Pain, from RETAINING Urine in my bladder, which I have done because of the Wexford Health Care Nursing staff who Are Unprofessional ... PONTIAC CORRECTIONAL CENTER This is cruel and unusual Punishment...

November 16 2016 3/3 shift 3/11 shift 7:50 P.M. (Nurse Beck) C/o Powell Gallery C/o this Nurse PONTIAC CORRECTIONAL CENTER NORTH CELLHOUSE Unit Refused to dispense my (Self-Catheterization Medical supply's), And she's Aware because she was my Med. Tech. in WEST Cellhouse Unit in Pontiac Prison who would dispense my Medical supply's in that cellhouse Unit in Oct, Sept. Aug. 2016, Ask her under Oath. She is causing Pain And suffering, which is Cruel And Unusual Punishment, under 8th. Eighth Amendment and Reckless Disregard, she's very unprofessional...

November 19, 2016  SATURDAY EVENING 3/11 shift  (NURSE Michelle) is REFUSING to dispens!
PONTIAC CORRECTIONAL CENTER                                                              (3)
My SELF-CATHETERIZATION MEDICAL supply's, therefore, I AM forced to (RE-USE) ol
used Catheter's from WEEK's AGO given on 7/3 shift by NURSE LAURA + NURSE SABRINA
OR RETAIN URINE AND suffer the PAIN of RETAINING URINE in my bLADDER, whic
CAN CAUSE INFECTIONS in my URINARY TREK LINE... (RECKLESS Disregard)

November 21, 2016 Monday, EVENING 3/11 shift 7:15 PM (NURSE Michelle) is still REFUSING
PONTIAC CORRECTIONAL CENTER    to dispense My SELF-CATHETERIZATION Medical
supply's EVERY EVENING in (NorthCellhouse Unit), so AS A RESULT I AM RE-USING
Old-Catheter's from three-3 WEEKS Ago, which CAN RESULT IN AN INFECTION.

EVIDENCE Exhibits - C.

November 26, 2016 SATURDA, EVENING 3/11 shift 6:55 PM NURSE-Michelle) refused to dispense me
PONTIAC CORRECTIONAL CENTER
My SELF-Catheterization Medical supply's, therefore I AM forced to RE-USE Old-
Catheter's from yesterday EVENING, this is A PATTERN of (RECKLESS Disregard) on this
NURSE Michelle's behALF...

EVIDENCE Exhibits - C.

November 27, 2016 SUNDAY EVENING 3/11 shift No (WEXFORD HEALTH SOURCE) NURSE HAS dispens
PONTIAC CORRECTIONAL CENTER
My (SELF-CATHETERIZATION Medical supply's), they're REFUSING to follow doctor order's.
therefore, INTERFERING with My PRESCRIBED TREATMENT for SELF-Catheterization, I Ar
forced to suffer in PAIN RETAINING URINE, OR RE-USE AN Old-Catheter from
3/4's Ago. It's INHUMANE TREATMENT, And it's A (SYSTEMATIC PATTERN of ABUSE) by
PONTIAC CORRECTIONAL CENTER, And I HAVE Written (2)-TWO INSTITUTIONAL (GRIEVANCES)
still No REPLY by Medical HEALTH CARE Administrator's, MEDICAL DIRECTOR's Nobody!
CHECK PRISON UNIT Log, AND VIDEO RECORDING on ALL DATES...

PONTIAC CORRECTIONAL CENTER

DECEMBER 2, 2016 NorthCELL housE UNIT 3/11 shift (NURSE GEORGIA), REFUSE to dispense Friday EVENING my SELF-CatheteriZation Medical supplies, therefore I AM AGAIN (RE-USING) old Catheter's, And NOW I.D.O.C. is NOT giving ME (INCIGENT BAG's) of STATE SOAP, So I HAVE NO WAY of CLEANING A Old Catheter inOrder too RELEASE My URINE From my bLAdder, And I AM suffering in PAIN from RETAINING URINE in my bLAdder for SEVERAL hours, BECAUSE (WEXFORD Medical NursinG STAFF) is very UNPROFESSIONAL, seeing that I'm A CONVICTED offender, which is CRUEL AND UNUSAL PUNISHMENT inside ILLINOIS DEPT. of CORRECTIONS....

PONTIAC CORRECTIONAL CENTER 3/11 shift (NURSE Michelle) REFUSE to dispense DECEMBER 3, 2016 NorthCELL house UNIT SATURDAY EVENING My SELF-CatheteriZation Medical Supply's, there I AM suffering PAIN from RETAINING URINE in my bLAdder for SEVERAL hours, AN I had to REFUSE Old dirty Catheter's from DAY's AGo; I've Written (2) TWO INSTITUTIONAL GRIEVANCES About this NURSES UNProfessional CONDUCT, but HEALTH CARE UNIT AdminiStrative STAFF, And this person And issues ARE StILL OCCURING EVERYdAY. This HAS BEEN A SyStematic PATTERN) for months for CRUEL AND UNUSAL (PUNISHMENT...

PONTIAC CORRECTIONAL CENTER 3/11 shift (NURSE Michelle) REFUSE to dispense My SELF- DECEMBER 4, 2016 NorthCELL house UNIT CatheteriZation Medical Supply's therefore I AM SUNDAY, EVENING suffering PAIN from RETAINING URINE in my bLadder forSEVERAL hours EVERY time she Works in this UNIT.

PONTIAC CORRECTIONAL CENTER (NURSE BECKY) REFUSE to dispense My SELF- DECEMBER 11, 2016 NorthCELL house UNIT CatheteriZation Medical Supply's, there I AM RE-USING Old catheter's, which puts m At Risk for catching INFECTIONS, And these NURSES KNOW my CIRCUMSTANCES of having Chronic ILLNESS. Their forcing ME to pay them for TREATMENT forced CO-PAY

(4.)



December 28, 2016 Pontiac Correctional Center /North Cellhouse Unit - 3/11 Shift Nurse Jodie refused to dispense my SELF-Catheterization Medical Supply's, in which she Nurse Jody stated that Nurse Megan told her, I do not get (Self-Catheterizatio (Medical Supplies) every day in the 3/11 Evening Shift, therefore Nurse Jodie left this inmate in pain and suffering from retaining urine in my bladder, I was forced to use an unsterile dirty old catheter. (Nurse Jody) is very, very unprofessional as Wexford Health Nursing Staff, an needs to be fired now...

December 31, 2016 Pontiac Correctional Center /North Cellhouse 3/11 shift 8:00 P.M.
New Year's E/E   Nurse Jody
refused to dispense my SELF-Catheterization Medical Supply's, she was reinforme by (Nurse Megan) that she was incorrect about what she told her concerning my SELF-Catheterization Medical Supply's, this (Nurse Jody) is not a caring or understanding Professional Nurse, she needs to be moved out of North Cellhouse Unit, which is Reckless disregard on her behalf, she's liable...

I've reports all these evidence incidents to Medical Administrative Staff in Health Care Unit at Pontiac Correctional Center, and nothing has been done to any of Wexford Health Sources Nursing Staff. So I've filed institutional Grievance Reports, my next step is Litigation, thank you!

(Patterns of Systematic Abuse)
Exhibit - D

PONTIAC CORRECTIONAL CENTER North CELL HOUSE UNIT (NURSE MILDRED) REFUSED to dispense my SELF-Catheterization Medical supplys, therefore I am Again forced to retain urine in my bladder or re-use a old catheter from 3-4 days ago and take a chance on catching an infection or be in Pain and suffering from retaining urine in my bladder, and ALL CORRECTIONAL STAFF will refuse to Notify the Health Care Unit (Director of Nursing) in order to get these Nurses to do their J.o.b. Deliberate Indifference

Exhibit-C.

PONTIAC CORRECTIONAL CENTER North CELL HOUSE Unit

December 17, 2016 3/11 shift (No Nurses) are dispensing me my self-Catheterization Medical supplies for today, so I'm re-using old catheters from 4 days ago. On December 15 2016 10:00 A.M. I had (Chronic Diabetic Clinic) and I informed (Dr. Andrew Tilden) of Nursing STAFF NOT dispensing my prescribed Treatment supply's, and nobody has taken any measures to correct these Nurses or the issues. Therefore I am still suffering from Pain from Retaining Urine in my bladder... C/o Workman escorted me too Health Care Unit, Check Unit-Log Movement book 12/15/16...

PONTIAC CORRECTIONAL CENTER North CELL house Unit (NURSE Jackie) Refuse to December 22, 2016 3/11 shift

dispense me my (SELF-Catheterization Medical supplies), therefore I am retaining urine in my bladder for hours, which is pain and suffering or re-use an old catheter which I can risk catching Infection in my urinary Trek line... (Reckless Disregard)

## STATEMENT OF CLAIM

Place of the occurrence  PONTIAC CORRECTIONAL CENTER/NORTH CELLHOUSE UNIT

Date of the occurrence  SEVERAL INCIDENT dates  10/20/16  12/15/16  11/2/16  11/9/16

Witnesses to the occurrence  C/O. Smith - C/O POWEL  C/O BOLTE  NorthCELLHOUSE UNIT
*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

ON DECEMBER 18,2015 I inmate E. TATE ID#N-03505 WAS TRANSFERED to this PONTIAC CORRECTIONAL CENTER, I have informed EVERY SECURITY STAFF member and Wexford Health Sources of my NEUROGENIC bladder dis.Order plus it's in my Medical Record File; MAJOR SUSAN K. PRENTICE is very much AWARE of this INMATE's CURRENT Medical Chronic ILLNESS, YET she REFUSES to contact the Health Care Unit to inform them that there NURSING Medical STAFF ARE NOT dispensing me my Medical SELF-CATHETERIZATION SUPPLIES EVERY day, AND I AM housed in MAJOR SUSAN K. PRENTICE NorthCellhouse Unit SINCE October 20, 2016! She will NOT RESPOND to ANY REQUEST I write to her CONCERNING my SELF-CATHERIZATION Medical Supplies, OR call HEALTH CARE Unit HEALTH CARE NURSE SUPERVISIOR, so I'm Left in my North UNIT-CELL(19)33 (S)6 suffering in PAIN from RETAINING URINE in my bladder for hours, OR I'm forced to RE-USE Old-Catheters from days ago, This Administrative MAJOR has ENOUGH power to get me ANY Medical assistance that's NEEDED when it's A serious Chronic Medical TREATMENT ISSUE, yet she REFUSES, As if it's discrimination, therefore the (DELIBERATE Indifference), AND (RECKLESS disregard) on her behalf and she's LIABLE, in full Administrative and Individual Capacity, of her J.O.b. These ACTIONS by I.D.O.C. STAFF, and Wexford Health Sources STAFF is involving Torture, And PAIN And suffering, UNNECESSARY, And WANTON infliction of PAIN ...

Which is UNSTERILE, and is taking a risk of causing (Urinary Trek Infection) in my Bladder. Therefore I feel this Illinois Department of Corrections Security Staff - (Mattor Susan K. Prentice) is Liable Under color of State Law in Administrative - Capacity, and well as, Individual Capacity, which was not enforced by this Employee of I.D.O.C. And I'm asking that she be removed from this duty, and pay, this inmate in Monetary relief for my Pain and suffering, and her reckless disregard of my well-being and safety of the Institution. And I fear her Retaliation; so please issue a (Injunction - order) too Illinois Dept. of Corrections; it is a conflict of interest for her or any staff in her Unit be around me at all... (Dr. Andrew Tilden) is the Health Care Unit doctor at Pontiac Correctional Center on December 15, 2016, I informed this doctor of the unprofessional amounts of his Nursing Medical Staff not dispensing me my Self-Catheterization Medical Supplies every day on 3/11 Evening Shift; this doctor NEVER said a word. I was seeing him for my Monthly Chronic illness check-up clinic for also my diabete's, nothing was ever reported too Director of Nursing or Health Care Administrator, and I am still presently not being dispensed my doctor presuribied medical Treatment Supplies on 3/11 Shift, And I'm suffering in Pain from Retaining Urine in my Bladder, or take the risk of re-using old-dirty unsterile Catheter's, and this Pain is for hour's, so I feel this Doctor Andrew Tilden is Reckless disregarding my serious Medical Treatment and under color of State Law Liable in Administrative and Individual Capacity, he is Allowing Nurses to not be reprimanded for their Unprofessional behavior of putting a Patient at Risk of health in I.D.O.C. I am asking for Monetary relief for all my Pain and suffering, and cruel and unusual Punishment in there care... This Doctor keeps Allowing

his (Nursing staff) on 3/11 evening staff to not dispense this Inmate his prescription-ordered Medical Treatment, so I filed a Institutional Grievance Report on 3 incidents, and it's as if the I.D.o.c. staff at Pontiac Prison are with holding my Grievances from the Due-Process Procedure. So I was forced out of emergency, because Illinois Dept. of Corrections will sabotage an Inmate's Grievance Report if it's showing Merit in his behalf, I'm waiting on the (Grievances Reports) from these defendants now at this Institution. Also these Nurses-(Nurse Benky) she on 3/11 shift, several incidents/Nov.2,2016) refused on 3/11 shift on 1-one gallery while passing out Prescribed Medication, I was in Cell-115, and Correctional Officer (D. Smith) informed this Nurse about my self-Catheterization Medical supplies, and she refused disregard'm, Medical Emergency need, and I filed a Institutional Grievance Report on this Nurse, but I suffered from the Pain and suffering of retaining urine in my bladder for several hour's that Night 3/11 shift. (check Institution Log book), then again on (Nov.9,2016) at 7:55 P.M. 3/11 shift this (Nurse Benky) refuse to dispense my self-Catheterization Medical supply's, so now it's a (systematic-Pattern) of unprofessional behavoir, I also tried to speak with Correctional Officer's everybody's refusing to stop at my cell, I asked to speak with North Cellhouse Unit Supervisor Lieutenant Shelton but my Yo gallery officer is refusing to Notify the Lieutenant Supervisor so I'm left again suffering and in Pain for hour's retaining urine in my bladder, cruel and Unusual Punishment and reckless disregard by (Nurse Benky) Under Color of state Law in (Administrative and Individual Capacity) therefore she is Liable, and I'm asking for (Monetary Relief) for my Pain and suffering from retaining urine in

(7)

my bladder for hours, and having to take a risk of Infection by Re-using old (dirty) Unsterile Catheter's on several occasions too, it's a Pattern, which can harm me... Alex I'm asking that this (Nurse Becky) be removed from I.D.O.C. Prisons, she has No respect for human life... An she's presently still not dispensing me my Prescription-Ordered Medical supply's, therefore she's interfering with my Treatment by Health Care Unit in Pontiac Correctional Center, and I fear her Retaliation, still nobody has spoken with her to Reprimand her Unprofessional behavior...

(Nurse Michelle) at Pontiac Correctional Center, Refused too dispense this Inmate his (Prescription-Ordered) Medical supply's for self-Catheterization on 3/1 shift on (Nov. 12th 2016) 7:30 PM North cell house Unit, I tried to stop her on One-1st Gallery, but she Refused to stop, then again - (Nov. 15th 2016) - (Nov. 16th 2016) same thing she Refused to stop, and it's Not like these Nurses do not know my Medical Issues, I was in West cell house Unit before I was moved too this North cell house Unit and they Know my Medical conditions As having a (Neurogenic Bladder disorder) in which I self-Catheterize 4-6 times a day; without this Catheter to Release my Urine, I am in Pain and suffering, which this Nurse should understand seeing that she has dispensed me my Catheter's in the West cell house Unit 2-Two Gallery Cell-203 before these Incidents; so I filed 2-#Two Grievances Reports on the Incidents, and their Sabotaging my Reports, because it's been over Ill Dept. of Corrections Time Frame, therefore the Grievance Officer at Pontiac is holding my Reports; A form of Retaliation for their Co-Worker's, and I present date 1/3/17 do not have my Grievance Reports. I feel this Nurse Michelle is

LIABLE UNDER THE color of STATE LAW IN Administrative AND Individual
CAPACITY, AND I'm SEEKING MONETARY RELIEF for ALL my day's
of PAIN AND SUFFERING AND CRUEL AND UNUSUAL PUNISHMENT, AND I
WANT this NURSE FIRED FROM I.D.O.C. UNDER WEXFORD HEALTH
SOURCES CONTRACT NOW... She has KNOW RESPECT FOR human
being's OR Elderly People AND I WILL EXPOSE ANYBODY TREATING
ME AS AN ANIMAL... NURSE SABRINA HAS ON SEVERAL OCCASIONS
REFUSED TO DISPENSE MY SELF-CATHETERIZATION MEDICAL SUPPLIES
AND AGAIN SHE KNOW'S ABOUT MY MEDICAL CHRONIC CONDITION, ON DEC. 17.2016
3/11 SHIFT SHE REFUSED TO DISPENSE MY MEDICAL SUPPLIES, AND THIS WAS
AFTER I had SEEN DR. TILDEN AT MY CHRONIC CLINIC APPOINTMENT
ON DEC. 15.2016 it's A SYSTEMATIC-PATTERN, AND I FEEL it's ABUSE
AND CRUEL AND UNUSUAL PUNISHMENT BECAUSE THEIR IS A PROFESSIONAL
NURSE MEAGAN WHO bring's MY MEDICAL SUPPLIES EVERY TIME SHE
WORKS, So WHY CAN'T NURSE SABRINA DO HER JOB WITH PROFESSIONAL
STANDARDS, BUT EVERY TIME SHE WORKS I NEVER GET DISPENSED MY
MEDICAL SUPPLY'S AND I NEED MY CATHETERS IN ORDER TO RELEASE
URINE OUT OF MY BLADDER this is A VERY SERIOUS CONDITION AND
SHE'S LEAVING ME IN PAIN AND SUFFERING EVERY TIME SHE DOESN'T
BRING MY CATHETER'S AND SHE'S LIABLE FOR RECKLESS DISREGARD,
CRUEL AND UNUSUAL PUNISHMENT, UNDER THE COLOR OF STATE LAW IN
Administrative AND Individual CAPACITY, AND I'm SEEKING MONETARY
RELIEF FOR ALL days of PAIN AND SUFFERING- PLUS DELIBERATE INDIFFERENCE
AND RECKLESS DISREGARD OF MY HEALTH IN PRISON NURSE JODIE 3/1 SHIFT
PONTIAC CORRECTIONAL CENTER North CELLHOUSE UNIT, SHE HAS REFUSED ME
MY CATHETER 3-TIMES this NEW YEAR OF 2017 JANUARY, AND I TOLD
NURSE MEAGAN About HER, AND SHE'S STILL REFUSING TO DISPENSE MY MEDICAL
TREATMENT SUPPLIES, SHE'S LIABLE IN Administrative AND Individual CAPACITY
UNDER THE LAW, RECKLESS DISREGARD FOR MY PAIN AND SUFFERING...

(6)

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

In Administrative and Individual (Capacity), under Color of State Law ALL 6 - Five Defendants are Liable And I'm Seeking Monetary (Monetary) Relief Damages for all my days of Pain and Suffering And Cruel and Unusual Punishment; I'm seeking $60,000 in amount for (Monetary) Relief And I want to see a Specialist Neurologist Doctor as soon as possible without any Court Cost Fees or Attorney Fee's for Plaintiff. Plus Punitive Damages, And all my Medical Treatment Supply's A.S.A.P. $60,000 - Monetary Relief from Wexford Health Source Nursing and Doctor Staff, for Deliberate Indifference And Cruel And Unusual Punishment - Total $120,000,

**JURY DEMAND**       Yes ☒   No ☐
Under the A.D.A. 42 U.S.C. §12132 - 29 U.S.C. §794 (section 504)...

Signed this ___24 th.___ day of ___April___ ,
19 _201 7_ .

( *Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Mr. Erick D. Tate | #N-03505 |
| Address: 700 W. Lincoln Street / P.O. Box 99 / Pontiac, Illinois 61764 | Telephone Number: |