Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**

JUL 18 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Erick D Tate )
)
Plaintiff, )
)
vs. )  Case Number: 17-cv-1168
)
Susan K Prentice, Dr. Andrew Tilden
Nurse Michelle, Nurse Becky,
Nurse Sabrina, Nurse Jodie )
)
Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that Plaintiff's case is dismissed with prejudice.

Dated: 7/18/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court